# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR45 | E1763410 | R1653 | R1653 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 7/29/2025 2315

Offense Charged: ☒ CFR ☐ USC ☐ State Code — 41 CFR 102-74-385

Place of Offense: 4310 S Macadam Ave Portland OR

Offense Description: Factual Basis for Charge — HAZMAT ☐

Conformity with Official Signs And Directions

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| VOGEL | KATHERINE | MEAGAN |

Street Address

Tag No. | State | Year | Make/Model | PASS ☐ | Color

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ ______ Forfeiture Amount |
| | + $30 Processing Fee |
| **PAY THIS AMOUNT AT www.cvb.uscourts.gov** → | $ ______ **Total Collateral Due** |

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1000 SW Third Ave Portland OR 97204

Date: TBD

Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: REFUSE TO SIGN

Original - CVB Copy

*E1763410*

CVB SCAN 08/14/2025 17:33

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 07/29, 20 25 while exercising my duties as a law enforcement officer in the ______ District of ______

SEE ATTACHED

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/29/2025 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/14/2025 17:33